In the Matter of the Claim of WALTER HOLDERER, Respondent, against THE BROOKLYN CITY RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award modified to allow a recovery for the loss of the foot two hundred and five weeks at the wage-rate found by the State Industrial Board, and as so modified affirmed, on the authority of *Matter of Stein v. Topol* (217

* Affd., 249 N. Y. 433.

App. Div. 797). Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents.

In the Matter of the Claim of NINA F. HARMON, Respondent, against SCHULTE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.